

AUSA Hayley Altabef (312) 353-5357

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:25-cr-00247-1 |
| v. | BETH W. JANTZ |
| BRIAN CHRISTOPHER JONES | Magistrate Judge |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, LAURIE ANN BOSKOVICH, appearing before United States Magistrate Judge BETH W. JANTZ by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that BRIAN CHRISTOPHER JONES has been charged by Complaint in the Southern District of Florida with the following criminal offense: distribution of child pornography, in violation of Title 18, United States Code, Sections 3353(a)(2) and (b)(1).

A copy of the Complaint is attached. A copy of the arrest warrant also is attached.

LAURIE ANN BOSKOVICH
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone this 5th day of May, 2025.

BETH W. JANTZ
United States Magistrate Judge

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>BRIAN CHRISTOPHER JONES,<br><br>_____<br>*Defendant.* | )<br>)<br>) Case No. 25-MJ-2747-LETT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 22, 2024 and October 30, 2024__ in the county of __Miami-Dade and Broward__ in the __Southern__ District of __Florida and elsewhere__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18, U.S.C. §§2252(a)(2) and (b)(1) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Yelena Reinstein-Owens, Special Agent FBI
*Printed name and title* ID #21179

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Telephone__

Date: 04.15.2025

_____
*Judge's signature*

City and state: __Miami, Florida__   Honorable Enjoliqué A. Lett, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Yelena Reinstein-Owens, a Special Agent of the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with the Federal Bureau of Investigation (FBI) since June 2006. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Title 18, United States Code, Sections 2251, 2422, and 2252.

2. I am presently assigned to the FBI Miami Division's Child Exploitation and Human Trafficking Task Force. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child sex trafficking, child pornography and the sexual exploitation of children, among other violations of federal law. I have participated in investigations of persons suspected of violating federal child pornography and child sex trafficking laws, including Title 18, United States Code, Sections 2251, 2252, 2422, and 1591. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media, including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers.

1

3. I submit this Affidavit for the limited purpose of establishing probable cause that Brian Christopher JONES ("**JONES**") has committed a crime of distribution of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

4. The facts and information contained in this Affidavit are based on my personal knowledge and observation, as well as information received in my official capacity from other individuals, including other law enforcement officers involved in this investigation, as well as my review of records, documents, and other physical items obtained during the course of this investigation. This Affidavit is intended only to establish probable cause to believe that the offense was committed. As such, it does not include each and every fact known to law enforcement about this investigation.

## PROBABLE CAUSE

5. **JONES** came to law enforcement's attention in July 2024. A search warrant execution at the residence of a different target in Miami-Dade County, in the Southern District of Florida, an individual with the initials "J.S.," revealed that J.S. was exchanging messages on Telegram with a Telegram user "BJsINyourPJs." On or about July 23, 2024, law enforcement discovered that on or about July 22, 2024, the Telegram user "BJsINyourPJs" sent child pornography to J.S., while J.S. was in Miami-Dade County, in the Southern District of Florida.

6. Law enforcement's investigation into the Telegram user "BJsINyourPJs" revealed that the telephone number used by "BJsINyourPJs" was 708-xxx-1344 ("TN-1344"). As set forth herein, law enforcement investigation further revealed that TN-1344 was **JONES'** phone number and **JONES** was the Telegram user "BJsINyourPJs."

7. On about July 23, 2024, an undercover officer ("UC"), located in Miami-Dade County, in the Southern District of Florida, sent a message to **JONES** via Telegram. The UC asked

**JONES** whether he was selling child pornography and whether they had similar interests. On that same date, **JONES** responded in a new encrypted Telegram chat under the same Telegram username "BJsINyourPJs." The UC messaged that the UC liked them "yung." **JONES** replied, "Oh ok. You trade?"

8. On or about July 25, 2024, **JONES** messaged the UC that he liked them "13 and up" and was willing to trade for whatever the UC had. The UC also advised that they were sleeping with a purported 14-year-old minor. **JONES** asked for "pics/vids of him."

9. On or about September 16, 2024, **JONES** sent a video which appeared to be a screen recording of a video chat with two (2) individuals with a top and bottom screen. The bottom screen appeared to be a minor male, approximately 10-12 years-old, performing oral sex on an adult male. The top video appeared to be an adult male rubbing his penis. The video was approximately three (3) minutes and twenty-two (22) seconds long.

10. On or about September 18, 2024, the UC asked **JONES** if he wanted a video in return since **JONES** sent a video to the UC. **JONES** responded, "Def." The UC asked which one **JONES** wanted, and **JONES** responded, "Whichever has cum."

11. On or about September 25, 2024, the UC sent a corrupt file titled, "Yungcum.mp4." The next day, the UC asked if **JONES** received it. **JONES** stated, "Nothing played."

12. On or about October 8, 2024, **JONES** sent one (1) video of a minor male, approximately 11-13 years-old, performing oral sex on an age difficult male. The video was approximately one (1) minute and fifty (50) seconds in duration. In response, the UC sent another corrupted file labeled, "Manfuk12yo.mp4." **JONES** replied, "I click it and nothing plays." Later **JONES** sent a screenshot of the display screen of the corrupted file and stated, "Just this screen. Nothing plays."

3

13. On October 10, 2024, **JONES** sent additional two (2) videos which depicted the following:

> Video 1: The video is of a minor male, approximately ten years old, performing oral sex on an adult male. The video is approximately fifty-nine (59) seconds long.
>
> Video 2: The video is of a minor male, approximately eight-ten years old, performing oral sex on an adult male. The video is approximately one (1) minute and seventeen (17) seconds long.

14. On or about October 15, 2024, **JONES** messaged the UC that he is in a group, but he gets "stuff" from trades.

15. On or about October 26, 2024, **JONES** sent the UC one (1) video of an age difficult male performing oral sex. The adult male ejaculates into the age difficult male's mouth.

16. On or about October 29, 2024, the UC informed **JONES** that the UC was having a purported fourteen-year-old minor and his friend over that evening. The UC asked **JONES** if he was still interested, in reference to when **JONES** previously requested "Pics/vids of him" on July 25, 2024. **JONES** replied, "Sure. Still couldn't see the first one."

17. The UC replied on or about October 30, 2024, and stated, "What type up u want me to get." **JONES** responded "Cummy," followed by "Hope and mouth full of jizz." The UC asked "Lik his mouth full of jizz?" **JONES** responded, "Mmmhmmmmm" and referenced the October 26, 2024 video that he sent to the UC, followed by "Like this! [mouth watering emoji]." When asked how long should be the video, **JONES** stated "Make 2-3 min. Or as long as possible."

18. On or about October 30, 2024, **JONES** continued sending the UC two (2) videos which depicted the following:

4

> Video 1: The video was of an adult male performing oral sex on a minor, approximately ten to twelve years old years old. The video is approximately one (1) minute and thirty-four (34) seconds in duration.
>
> Video 2: The video was of an adult male performing oral sex on a minor, approximately ten to twelve years old. The video is approximately two (2) minutes and forty-six (46) seconds in duration.

19. On or about October 31, 2024, the UC told **JONES** that the UC did not see the text, but plans were canceled, and they were meeting with the purported minor and his purported friend that evening. The UC asked if **JONES** still wanted it to be like the referenced video from October 26, 2024. Also, the UC asked if **JONES** wanted a video of both the purported minor and his friend. JONES responded, "Yep," followed by a "100" emoji.

20. On or about November 1, 2024, **JONES** asked, "How did it go?" The UC replied, "So much cum…both of them just kept wanting more." **JONES** noted, "Hotttt." The UC stated, "Had the 13yr suck me dry while the 14 yr poundedddd my ass.. they just cum and get it up again… insaneeeee [two mouth watering emojis]. **JONES** responded, "Oh my!!! I wanna see." The UC references the October 26, 2024 video and asked, "Which one? I'm the one u asked for lik this? That message was followed by two "Devil" emojis. **JONES** wrote, "Whatever you're willing to send." The UC then sent a corrupted file labeled, "13yoblowsdick.mp4." **JONES** replied, "Nothing plays still." The UC asked for a screenshot and **JONES** sent it, followed by "This is all I see. Again."

21. **JONES** continued to send child pornography videos in November and December 2024. On December 1, 2024, **JONES** sent the UC approximately twenty-nine (29) videos, which included both child pornography and age difficult males.

5

## IDENTIFICATION OF JONES

22. As referenced in paragraph 6, on his Telegram profile "BJinyourPJ," which **JONES** used to communicate with J.S. and then the UC, he had listed TN-1344. Google provider records for TN-1344 showed the subscriber as "Brian Jones." The email listed included "brianjonesc@gmail.com" with a recovery email of "lidsrme5882@yahoo.com" and recovery phone number 706-xxx-1445 ("TN-1445"). Additionally, login IP address of 104.153.228.235 was used by the Telegram "BJinyourPJ," from June 2024 through September 2024.

23. On or about January 8, 2025, in response to an administrative subpoena seeking records for email "lidsrme5882@yahoo.com," Yahoo provided records revealing that "Brian Jones" was the subscriber. His recovery email was "brianjonesc@gmail.com" and his phone number was TN-1445. Results further showed IP logins from June 2024 to December 2024 from IP address of 104.153.228.235.

24. On or about January 9, 2025, in response to an administrative subpoena, Verizon Wireless provided subscriber results for telephone number TN-1445. The subscriber was listed as "Brian C. Jones," with a listed address in Evanston, Illinois.

25. Based on information provided by Google, queries of law enforcement databases to include the Illinois Secretary of State, which maintain driver license information, revealed that Brian Christopher Jones, an African American male, resided at that same address in Evanston, Illinois, as listed in his phone records (the "Residence").

26. During the Telegram chat on or about October 20, 2024, **JONES** advised the UC that he lived near Chicago and that he was originally from Georgia. Further, on or about November 22, 2024, the UC asked to see **JONES**. The next day, **JONES** sent one (1) image and one (1) video. The picture depicted a black male in snow. The photo depicted the same male as later

identified to be **JONES**' driver's license photo obtained from the Illinois Secretary of State. The video was of a black male stroking his penis. The UC responded, "Is this u handsome?? Is it snowing???" **JONES** replied, "Yea it's me lols." The picture was later deleted from the thread by **JONES**, but the video remained.

27. On or about November 25, 2024, the UC asked **JONES** for a selfie. On or about November 26, 2024, **JONES** sent one (1) image. The picture was of a black male in a kitchen with a hat on. The UC was able to identify that the picture was of **JONES** based on a driver license photo obtained from the Illinois Secretary of State and that image appeared to be depicting the same male that was depicted on the video previously sent by **JONES** on November 22, 2024.

28. On or about January 16, 2025, Zentro, the provider for IP address of 104.153.228.235 provided results in response to an administrative subpoena, which stated the following:

> "104.153.228.235 is the building NAT of 811 Emerson St. Evanston, IL for the Management Office and Guest Network. Since the IP is a NAT and covers a large sum of devices we can't pinpoint an exact user. However, we do know that the traffic came from either the Management Office or someone using the Guest Network."

29. On or about January 15, 2025, surveillance was initiated in the vicinity of the Link Apartment Complex, which based on surveillance appears to be **JONES**' place of employment, in Evanston, Illinois. Law enforcement observed a gold Ford Escape bearing an Illinois registration plate parked on the north side of the building near a rear exit door. **JONES** was subsequently observed exiting the rear exit door and entering the Ford Escape and departing westbound through the parking garage. At approximately 5:17 p.m., **JONES** parked the vehicle near the Residence in Evanston, Illinois, on the south side of the street. **JONES** then accessed the passenger side of the vehicle and obtained a backpack. Thereafter, **JONES** entered the southwest door of his Residence

in Evanston, Illinois. At approximately 5:33 p.m., **JONES** exited the Residence from the southwest door walking a dog consistent with a Pitbull mix. Photographs from **JONES'** social media accounts appeared to show a dog matching the description of the dog observed.

30. Additional surveillances were performed on January 16, 2025, and January 28, 2025. On January 16, 2025, at approximately 8:40 a.m., surveillance was initiated in the vicinity of **JONES'** Residence in Evanston, Illinois. **JONES** was observed exiting the Residence and entering the gold Ford Escape. The Ford Escape arrived at **JONES'** place of employment at approximately 8:50 a.m. At approximately 1:20 p.m., **JONES** exited the place of employment, entered his vehicle and departed. **JONES** made a stop before arriving at his Residence at approximately 1:55 p.m. At approximately 1:58 p.m., **JONES** exited the Residence to walk a dog and returned to the Residence at 2:10 p.m. At approximately 2:16 p.m., **JONES** exited the Residence and entered the Ford Escape with a grey bag. The vehicle departed the Residence and arrived at **JONES'** place of employment at 2:24 p.m.

31. On January 28, 2025, surveillance was initiated in the vicinity of **JONES'** place of employment. At 2:34 p.m., **JONES** departed in his Ford Escape and arrived at his Residence at 2:41 p.m. At 2:50 p.m., **JONES** was observed coming outside with his dog and returned to his Residence at 3:04 p.m. **JONES** departed again in his vehicle at 3:40 p.m. and returned to his place of employment at 3:49 p.m. **JONES** again departed his place of employment at 5:30 p.m. and returned to his Residence at 5:30 p.m.

32. Based on the foregoing information, I submit there is probable cause to believe that **JONES** is the user of Telegram account "BJinyourPJ." I further submit that there is probable cause to believe "BJinyourPJ" distributed images of child pornography to J.S. and to the UC, while J.S. and the UC were located in the Southern District of Florida.

## CONCLUSION

33. Based on the aforementioned facts, I respectfully submit that there is probable cause to charge **Brian Christopher JONES** for violations of distribution, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
YELENA REINSTEIN-OWENS
SPECIAL AGENT ID# 21179
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __15th__ day of April 2025.

_____
HONORABLE ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

9

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 25-MJ-2747-LETT |
| BRIAN CHRISTOPHER JONES, | ) | |
| *Defendant.* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BRIAN CHRISTOPHER JONES ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1)

Date: April 15, 2025

*Issuing officer's signature*

City and state: Miami, Florida

Honorable Enjoliqué A. Lett, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*